1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA M. MARTINEZ, ) | Case No. EDCV 09-155-PA (OP) |
| ) | |
| Plaintiff, ) | ORDER ADOPTING FINDINGS, CONCLUSIONS, AND |
| ) | RECOMMENDATIONS OF |
| vs. ) | UNITED STATES MAGISTRATE |
| ) | JUDGE |
| MICHAEL J. ASTRUE, ) Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. The Court concurs with and adopts the findings, conclusions, and recommendations of the Magistrate Judge,

/ / /

/ / /

/ / /

1   IT IS ORDERED that the Judgment be entered: (a) approving and adopting this Report and Recommendation; and (b) directing that Judgment be entered reversing the decision of the Commissioner of Social Security, and remanding this matter for further administrative proceedings consistent with this Report and Recommendation.

DATED: March 31, 2011

_____
HONORABLE PERCY ANDERSON
United States District Judge

Prepared by:

_____
HONORABLE OSWALD PARADA
United States Magistrate Judge