JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA M. MARTINEZ, ) | Case No. EDCV 09-155-PA (OP) |
| ) | |
| ) | J U D G M E N T |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendants ) | |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of the United States Magistrate Judge,

/ / /

/ / /

/ / /

1   IT IS ADJUDGED Judgment be entered reversing the decision of the
2   Commissioner of Social Security, and remanding this matter for further
3   administrative proceedings consistent with this Report and Recommendation.

DATED: March 31, 2011

_____
HONORABLE PERCY ANDERSON
United States District Judge

Prepared by:

_____
HONORABLE OSWALD PARADA
United States Magistrate Judge