```
                    THE UNITED STATES DISTRICT COURT
                      CENTRAL DISTRICT OF CALIFORNIA
                          CIVIL ACTION NO.: 5:09-cv-155-PA-OP

LINDA M. MARTINEZ                *
     Plaintiff                    *
                                  *
VS.                               *  ORDER FOR
                                  *  ATTORNEYS FEES
                                  *  UNDER EAJA
MICHAEL J ASTRUE                  *
in his official capacity as       *
COMMISSIONER OF THE               *
SOCIAL SECURITY ADMINISTRATION    *
     Defendant                    *
```

Having read the stipulation of the parties, the Court hereby grants Plaintiff's attorneys fees under the Equal Access to Justice Act in the amount of $4000.00, to fully compensate Plaintiff for attorney services performed in this matter, under the conditions specified in that stipulation. As set forth in the stipulation, reimbursement for costs or expenses are not claimed by Plaintiff in this action.

Date: May 10, 2011

_____
Percy Anderson, U.S. District Judge

1